[No. 86-2.    Division Two.    November 19, 1970.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES EVERT McFARLAND, *Appellant.*

*Donald P. Vincent,* for appellant (appointed counsel for appeal).

*Ronald L. Hendry, Prosecuting Attorney, Joseph D. Mladinov, Special Counsel,* and *Eugene G. Olson, Chief Criminal Deputy,* for respondent.

PER CURIAM.—James Evert McFarland was convicted of unlawful possession of narcotic drugs—marijuana. The parties have stipulated that *State v. Zornes,* 78 W.D.2d 9, 456, 475 P.2d 109 (1970) is controlling and requires reversal and dismissal. We agree. For the reasons set forth in that case, this conviction is reversed and the action dismissed. *See State v. Williams,* 78 W.D.2d 459, 475 P.2d 100 (1970).